|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Sharon Burke Kinakin )     Case #2:19-cv-01377-JCM-NJK
)
)
Plaintiff(s), )     **VERIFIED PETITION FOR**
)     **PERMISSION TO PRACTICE**
vs. )     **IN THIS CASE ONLY BY**
)     **ATTORNEY NOT ADMITTED**
Equifax Information Services LLC )     **TO THE BAR OF THIS COURT**
)     **AND DESIGNATION OF**
)     **LOCAL COUNSEL**
Defendant(s). )
)     FILING FEE IS $250.00

_____Joseph L. Gentilcore_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Francis & Mailman, P.C._____
(firm name)

with offices at _____1600 Market Street, Suite 2510_____,
(street address)

____Philadelphia____, ____Pennsylvania____, ____19103____,
(city)                         (state)                         (zip code)

____(215) 735-8600____, ____jgentilcore@consumerlawfirm.com____ .
(area code + telephone number)             (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____Sharon Burke Kinakin____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___October 28, 2011___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Pennsylvania_
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Exhibit "1" attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Philadelphia Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 4/16/2018 | 2:18-cv-70 | USDC, DC of NV | Granted |
| 1/2/2019 | 3:19-cv-80 | USDC, DC of NV | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Pennsylvania )
                      )
COUNTY OF Philadelphia )

____Joseph L. Gentilcore____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

20th day of September, 2019.

_____
Notary Public or Clerk of Court

Commonwealth of Pennsylvania - Notary Seal
RAYNE T. BENNETT, Notary Public
Philadelphia County
My Commission Expires July 28, 2022
Commission Number 1226298

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Craig B. Friedberg____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____4760 South Pecos Road, Suite 103____,
(street address)

____Las Vegas____, ____Nevada____, ____89121____,
(city)         (state)          (zip code)

____(702) 435-7968____, ____attcbf@cox.net____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Craig B. Friedberg_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*SHARON KINAKIN*
SHARON KINAKIN (Sep 20, 2019)
_____
(party's signature)

Sharon Burke Kinakin
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

004606                          attcbf@cox.net
Bar number                      Email address

APPROVED:

Dated: October 1, 2019.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## Admissions List

Joseph L. Gentilcore has been admitted to practice law for the state bars of Pennsylvania and New Jersey; he is a member in good standing of the state bars of Pennsylvania and New Jersey. He has been admitted to practice law in the United States District Courts for the Western District of Pennsylvania, Middle District of Pennsylvania, Eastern District of Pennsylvania, Eastern District of Pennsylvania Bankruptcy, District of New Jersey, Northern District of Florida, Southern District of Texas, Eastern District of Texas, Eastern District of Texas Bankruptcy, Northern District of Indiana, District of North Dakota, and Third Circuit Court of Appeals.

Respectfully submitted,

*/s/ Joseph L. Gentilcore*
Joseph L. Gentilcore
FRANCIS & MAILMAN, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
jgentilcore@consumerlawfirm.com
*Attorneys for Plaintiff*

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JOSEPH L GENTILCORE** (No. **039622011**) was constituted and appointed an Attorney at Law of New Jersey on **December 20, 2011** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **25TH** day of **July**, 20 **19**.



Clerk of the Supreme Court

-453a-



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Joseph Leonard Gentilcore, Esq.*

**DATE OF ADMISSION**

*October 28, 2011*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 24, 2019

John W. Person Jr., Esq.
Deputy Prothonotary