# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON BURKE KINAKIN,<br>    Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>    Defendant(s). | Case No.: 2:19-cv-01377-JCM-NJK<br><br>**ORDER** |

On June 12, 2020, Plaintiff filed a notice of settlement indicating that dismissal papers would be filed within 30 days. Docket No. 17. Dismissal papers have not been filed. Accordingly, dismissal papers must be filed no later than November 9, 2020.

IT IS SO ORDERED.

Dated: October 26, 2020

_____
Nancy J. Koppe
United States Magistrate Judge